NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PLAYVUU, INC.,**
*Plaintiff-Appellant*

v.

**SNAP INC.,**
*Defendant-Appellee*

---

2024-1364

---

Appeal from the United States District Court for the Central District of California in No. 2:22-cv-06019-GW-MRW, Judge George H. Wu.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    PLAYVUU, INC. v. SNAP INC.

(2) Each side shall bear their own costs.

FOR THE COURT

March 7, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 7, 2024